UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 4:07CV1960 AGF<br>) |
| DKW CONSTRUCTION, INC., | )<br>) |
| Defendant. | ) |

## PARTIAL DEFAULT JUDGMENT

Pursuant to the Memorandum in Order issued herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered against Defendant for $80,781.46 in contributions due to Plaintiffs Funds for the period of January 1, 2005, through March 6, 2008, plus interest on such contributions in the amount of $8,446.05, plus liquidated damages in the amount of $8,078.14.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that judgment is entered against Defendant for $4,605.33 in contributions due to Local No. 396, plus interest in the amount of $697.67.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that judgment is entered against Defendant for $13,673.85 for breach of a settlement agreement between the parties, plus interest of $3,281.72.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that judgment is entered against Defendant for costs of $350.00, plus attorney's fees in the amount of $14,211.00.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of February, 2009.